*State, Respondent, v. Kray, Petitioner,* No. 73662-6. Petition for review of a decision of the Court of Appeals, No. 24680-5-II, December 6, 2002, 114 Wn. App. 1052. *Denied* September 30, 2003.

*City of Richland, Respondent, v. Tiegs, et al., Petitioners,* No. 73663-4. Petition for review of a decision of the Court of Appeals, No. 20821-4-III, January 28, 2003, 115 Wn. App. 1019. *Denied* September 30, 2003.

*State, Respondent, v. Barton, Petitioner,* No. 73664-2. Petition for review of a decision of the Court of Appeals, No. 20062-1-III, January 28, 2003, 115 Wn. App. 1018. *Denied* September 30, 2003.

*State, Respondent, v. Grange, Petitioner,* No. 73713-4. Petition for review of a decision of the Court of Appeals, No. 20138-4-III, February 4, 2003, 115 Wn. App. 1022. *Denied* September 30, 2003.

*City of Federal Way, Respondent, v. Neighbors, et al., Petitioners,* No. 73718-5. Petition for review of a decision of the Court of Appeals, No. 50745-1-I, January 6, 2003, 114 Wn. App. 1082. *Denied* September 30, 2003.

*State, Respondent, v. Hill, Petitioner,* No. 73721-5. Petition for review of a decision of the Court of Appeals, No. 47112-1-I, December 16, 2002, 114 Wn. App. 1063. *Denied* September 30, 2003.

*State, Respondent, v. Jones, Petitioner,* No. 73724-0. Petition for review of a decision of the Court of Appeals, No. 48224-6-I, November 4, 2002, 114 Wn. App. 1022. *Denied* September 30, 2003.

*State, Respondent, v. Theders, Petitioner,* No. 73728-2. Petition for review of a decision of the Court of Appeals, No. 48398-6-I, February 10, 2003, 115 Wn. App. 1028. *Denied* September 30, 2003.